**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Five Star Industrial Services, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0687985** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **104 N. College Street** <br> **Glencoe, AL 35905** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Etowah** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Case 19-40844-JJR11  Doc 1  Filed 05/07/19  Entered 05/07/19 17:34:00    Desc Main
Document    Page 1 of 53

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |

Case 19-40844-JJR    Doc 1    Filed 05/07/19    Entered 05/07/19 17:34:00    Desc Main
Document    Page 2 of 53

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Five Star Industrial Services, Inc. | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 17, 2019**
MM / DD / YYYY

**X** **/s/ Russell V. Olson**
Signature of authorized representative of debtor

**Russell V. Olson**
Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ C. Taylor Crockett**
Signature of attorney for debtor

Date **May 17, 2019**
MM / DD / YYYY

**C. Taylor Crockett**
Printed name

**C. Taylor Crockett, P.C.**
Firm name

**2067 Columbiana Road**
**Birmingham, AL 35216**
Number, Street, City, State & ZIP Code

Contact phone **(205) 978-3550**     Email address **creditor code 20771**

**ASB 0477 E61C AL**
Bar number and State

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>**May 17, 2019**</u>     **X** */s/ Russell V. Olson*
                                  Signature of individual signing on behalf of debtor

                                    **Russell V. Olson**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Five Star Industrial Services, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

      1a. **Real property:**
          Copy line 88 from *Schedule A/B*.................................................................................................   $         **122,400.00**

      1b. **Total personal property:**
          Copy line 91A from *Schedule A/B*..............................................................................................   $      **1,642,713.52**

      1c. **Total of all property:**
          Copy line 92 from *Schedule A/B*................................................................................................   $      **1,765,113.52**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      **6,139,862.67**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

      3a. **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $        **338,855.13**

      3b. **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$      **5,275,479.62**

4.   **Total liabilities** ...........................................................................................................................
      Lines 2 + 3a + 3b                 $      **11,754,197.42**

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   | --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

11.   **Accounts receivable**

|  | 11a. 90 days old or less: | 50,000.00 | - | 0.00 | = .... | $50,000.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

12.   **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

      | $50,000.00 |
      | --- |

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Materials/Inventory | | $1,500,000.00 | | $1,500,000.00 |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.                          $1,500,000.00

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Exhibit A | $0.00 | Market Value | $17,456.76 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | **$17,456.76** |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Exhibit A** | **$0.00** | | **$17,456.76** |
| 47.2.  **2017 Ford F-250** | **$4,675.65** | | **$47,550.00** |
| 47.3.  **16' Trailer** | **$343.60** | | **$1,500.00** |
| 47.4.  **20' Trailer** | **$400.24** | | **$2,500.00** |
| 47.5.  **2007 Chevy 3500** | **$560.00** | | **$6,250.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| 51. | **Total of Part 8.** | | | **$75,256.76** |
|---|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **104 North College Street, Glencoe, AL 35905** | Fee simple | $0.00 | Tax Assessor | $122,400.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| $122,400.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | **Five Star Industrial Services, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,456.76 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,256.76 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $122,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,642,713.52 | + 91b. $122,400.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,765,113.52 |

---

Case 19-40844-JJR7    Doc 1    Filed 05/17/19    Entered 05/17/19 17:34:00    Desc Main
Document     Page 11 of 53

Debtor name **Five Star Industrial Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **BizFund, LLC dba Smart Business Funding**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Accounts Receivable** | **$25,608.00** | **$50,000.00** |
|---|---|---|---|---|

**601 Ocean Pkwy #8E
Brooklyn, NY 11218**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
10/2018
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **BizFund, LLC dba Smart Business Funding**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Accounts Receivable** | **$25,608.00** | **$50,000.00** |
|---|---|---|---|---|

**601 Ocean Pkwy #8E
Brooklyn, NY 11218**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
10/2018
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bluevine Capital Inc.** | Describe debtor's property that is subject to a lien | $66,208.77 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 Warren Street**
**Redwood City, CA 94063**

Creditor's mailing address

**Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Credit Credit** | Describe debtor's property that is subject to a lien | $64,531.43 | $47,550.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 790072**
**Saint Louis, MO 63179-0072**

Creditor's mailing address

**2017 Ford F-250**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kabbage** | Describe debtor's property that is subject to a lien | $15,317.77 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**925B Peachtree St NE**
**#1688**
**Atlanta, GA 30309**

Creditor's mailing address

**Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Date debt was incurred**

**10/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Mr. Advance** | Describe debtor's property that is subject to a lien | $28,735.75 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**35-12 19th Ave**
**Suite 3W**
**Astoria, NY 11105**

Creditor's mailing address

**Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**11/2018**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $3,000,000.00 | $1,672,400.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1508**
**Birmingham, AL 35201**

Creditor's mailing address

**104 N College Street (FMV $122,400), all assets of every kind, nature & description, materials/inventory (FMV $1,500,000), Accounts Receivable $50,000**

**Describe the lien**

**Loan/1st lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4481**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $1,936,146.43 | $1,550,000.00 |
|---|---|---|---|---|

Creditor's Name

**all inventory, accounts and equipment and general intangibles and materials/inventory (FMV $1,500,000), Accounts Receivable $50,000**

**P.O. Box 1508**
**Birmingham, AL 35201**

Creditor's mailing address

**Describe the lien**
**Loan/2nd lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5430**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **ServisFirst Bank** | | $37,770.97 | $1,550,000.00 |

Creditor's Name

**all inventory, accounts and equipment and general intangibles and materials/inventory (FMV $1,500,000), Accounts Receivable $50,000**

**P.O. Box 1508**
**Birmingham, AL 35201**

Creditor's mailing address

**Describe the lien**
**Loan/5th lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4480**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **ServisFirst Bank** | | $650,000.00 | $1,550,000.00 |

Creditor's Name

**all inventory, accounts and equipment and general intangibles and materials/inventory (FMV $1,500,000), Accounts Receivable $50,000**

**P.O. Box 1508**
**Birmingham, AL 35201**

Creditor's mailing address

**Describe the lien**
**Loan/3rd lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

---

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 0638**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|---|---|---|---|

**ServisFirst Bank**
Creditor's Name

**P.O. Box 1508 Birmingham, AL 35201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 5431**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all inventory, accounts and equipment and general intangibles and materials/inventory (FMV $1,500,000), Accounts Receivable $50,000**

**Describe the lien**
**Loan/4th lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$239,357.75 | $1,550,000.00

---

| 2.1 2 | | | |
|---|---|---|---|

**SPG Advance, LLC**
Creditor's Name

**35-12 19th Ave Suite 3W Astoria, NY 11105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,356.00 | $50,000.00

---

| 2.1 3 | | | |
|---|---|---|---|

**State of Alabama**

**Describe debtor's property that is subject to a lien**

$23,221.80 | $122,400.00

| Debtor | **Five Star Industrial Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's Name | **104 North College Street, Glencoe, AL 35905** |
| **Department of Revenue** | |
| **50 North Ripley Street** | |
| **Montgomery, AL 36132** | |
| Creditor's mailing address | **Describe the lien** |
| | **Tax lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7711** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,139,862.67

---

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James G. Henderson**<br>**1210 Financial Center**<br>**505 N 20th St**<br>**Birmingham, AL 35203-4662** | Line __2.7__ | |
| **James G. Henderson**<br>**1210 Financial Center**<br>**505 N 20th St**<br>**Birmingham, AL 35203-4662** | Line __2.8__ | |
| **James G. Henderson**<br>**1210 Financial Center**<br>**505 N 20th St**<br>**Birmingham, AL 35203-4662** | Line __2.9__ | |
| **James G. Henderson**<br>**1210 Financial Center**<br>**505 N 20th St**<br>**Birmingham, AL 35203-4662** | Line __2.10__ | |
| **James G. Henderson**<br>**1210 Financial Center**<br>**505 N 20th St**<br>**Birmingham, AL 35203-4662** | Line __2.11__ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Five Star Industrial Services, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $31,180.62 | $31,180.62 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Dept of Labor<br>Benefit Pmt Ctrl, BPC Recovery -<br>Rm 3675<br>649 Monroe Street<br>Montgomery, AL 36131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Account** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Georgia Dept of Labor<br>148 Andrew Young International<br>Blvd., NE<br>Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Account** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**2.2** — Total claim $4,394.35 — Priority amount $4,394.35

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230,752.12 | $230,752.12 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/2018 - 2019** | Basis for the claim:<br>**941 Tax** | | |
| | Last 4 digits of account number **7985** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,000.00 | $54,000.00 |
|---|---|---|---|---|
| | **State of Alabama - Dept of Rev.**<br>**c/o Hilary Yother Parks, Esq.**<br>**P.O. Box 320001**<br>**Montgomery, AL 36132** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 - 2019** | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number **7711** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,528.04 | $18,528.04 |
|---|---|---|---|---|
| | **State of Georgia**<br>**Dept of Revenue**<br>**1800 Century Boulevard, NE**<br>**Atlanta, GA 30345** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,859.43 |
|---|---|---|---|
| | **ABS Business System**<br>**312 5th Ave NW**<br>**Attalla, AL 35954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  5/2015** | Basis for the claim:  **Account** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,774.95 |
|---|---|---|---|
| | **AED**<br>**700 Sigman Rd NW**<br>**Suite 100**<br>**Conyers, GA 30013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  2/2010** | Basis for the claim:  **Account** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,256.19 |
|---|---|---|---|

**Air Hydro Power**
P.O. Box 9001005
Dept #200
Louisville, KY 40290-1005

Date(s) debt was incurred __6/2010__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,454.35 |
|---|---|---|---|

**Airgas USA, LLC**
1728 Hillyer Robinson Ind Pkwy
Anniston, AL 36207-6726

Date(s) debt was incurred __7/2010__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.93 |
|---|---|---|---|

**Alabama Power Company**
Attn: Bankruptcy
P.O. Box 242, 4S1135
Birmingham, AL 35292

Date(s) debt was incurred __2/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.29 |
|---|---|---|---|

**Alabama Waste Disposal Solutions**
2265 County Rd 6
Piedmont, AL 36272

Date(s) debt was incurred __8/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Albertville Electric Motor Service, Inc.**
6621 Hwy 431
Albertville, AL 35950

Date(s) debt was incurred __3/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,929.83 |
|---|---|---|---|

**Allied Electronics, Inc.**
P.O. Box 2325
Fort Worth, TX 76113-2325

Date(s) debt was incurred __5/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,240.16 |
|---|---|---|---|

**ASA Fire Protection, LLC**
1121 Grassdale Rd NW
Cartersville, GA 30121

Date(s) debt was incurred __2/2010__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.92 |
|------|---|---|---|

**Avetta**
P.O. Box 1653
Gadsden, AL 35902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.20 |
|------|---|---|---|

**Batey & Sanders, Inc.**
P.O. Box 1653
Gadsden, AL 35902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,199.00 |
|------|---|---|---|

**BC Industries, LLC**
P.O. Box 147
Chelsea, AL 35043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.06 |
|------|---|---|---|

**Beerman**
4206 Howard Ave
New Orleans, LA 70125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,603.45 |
|------|---|---|---|

**Bigrentz, Inc.**
1063 Mcgaw Ave
Suite 200
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2010__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,917.24 |
|------|---|---|---|

**Blackwater Technologies, Inc.**
270 Cable Industrial Blvd
Carrollton, GA 30117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2016__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,399.18 |
|------|---|---|---|

**Brand Safway Solutions**
P.O. Box 205520
Dallas, TX 75320-5520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2013__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,775.85** |
|---|---|---|---|

**BSE Industrial Contractors, Inc.**
P.O. Box 5563
Birmingham, AL 35207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2003

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212,697.00** |
|---|---|---|---|

**CAE Healthcare, Inc.**
LOCKBOX :32955
Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2010

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,375.00** |
|---|---|---|---|

**Caljan Rite-Hite, Inc.**
7160 W. Donges Bay Road
Mequon, WI 53092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2010

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,771.31** |
|---|---|---|---|

**Canon Financial Services**
14904 Collections Center Drive
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2009

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,500.30** |
|---|---|---|---|

**Carrier Vibrating Equipment, Inc.**
Dept 8343
Carol Stream, IL 60122-8343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2010

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**CED - Mobile**
P.O. Box 207088
Dallas, TX 75320-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2000

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,155.24** |
|---|---|---|---|

**Central Restaurant Products**
P.O. Box 78070
Indianapolis, IN 46278-0070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2017

**Basis for the claim:**  Account

Last 4 digits of account number  7692

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Charles Roberts**
**415 Locust Ave SE**
**Huntsville, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2010__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,900.00 |
|---|---|---|---|

**Chris Helms Transportation, Inc.**
**1000 Shoreline Drive**
**Houghton Lake, MI 48629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2015__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,141.38 |
|---|---|---|---|

**Cintas Corporation**
**P.O. Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2015__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Climatech Professional Air**
**10210 N. Palafox St.**
**Pensacola, FL 32534-1233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,081.39 |
|---|---|---|---|

**Comcast**
**P.O. Box 105184**
**Atlanta, GA 30348-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,560.97 |
|---|---|---|---|

**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,000.00 |
|---|---|---|---|

**DBF2, LLC**
**c/o Foshee Realty, Inc.**
**51 Tacon St, Ste B**
**Mobile, AL 36607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 19-40844-JJR7    Doc 1    Filed 05/17/19    Entered 05/17/19 17:34:00    Desc Main
Document    Page 23 of 53

| | |
|---|---|
| 3.31 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,085.00** |

**DCH Health System**
**809 University Blvd East**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.32 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,173.68** |

**Endura-Veyor**
**3490 US 23 North**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.33 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$48,601.93** |

**Energy Systems Southeast, LLC**
**3235 Veterans Circle**
**Birmingham, AL 35235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2010__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.34 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$533.88** |

**Gas South**
**P.O. Box 530552**
**Atlanta, GA 30353-0552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2018__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.35 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$8,000.00** |

**Georgia Pole Bases, Inc.**
**P.O. Box 6387**
**Douglasville, GA 30154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/2014__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.36 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$74,853.31** |

**GSM Steel & Mechanical Contractors**
**11201 U.S. Highway 431**
**Guntersville, AL 35976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/2017__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.37 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$51,137.38** |

**Herc Rentals, Inc.**
**PO Box 936257**
**Atlanta, GA 31193-6257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/2005__

Basis for the claim: __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,631.50 |
|---|---|---|---|

**Hilti, Inc.**
P.O. Box 11870
Newark, NJ 07101-8800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2010

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,997.91 |
|---|---|---|---|

**IFM Efector, Inc.**
P.O. Box 8538-307
Philadelphia, PA 19171-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2014

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,366.05 |
|---|---|---|---|

**Industrial Info Resources**
2277 Plaza Drive Suite 300
Sugar Land, TX 77459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2016

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,589.08 |
|---|---|---|---|

**Interstate Billing Service, Inc.**
P.O. Box 2208
Decatur, AL 35609-2208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2015

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,000.00 |
|---|---|---|---|

**Intuit**
2700 Coast Ave
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2010

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $580,000.00 |
|---|---|---|---|

**J. Carlton Electric Co.**
131 Hazelwood Lane
Florence, AL 35634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2003

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,393.11 |
|---|---|---|---|

**Johnson Controls Fire Protection**
Dept. CH 10320
Palatine, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2015

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.66** |
|---|---|---|---|

**KMH Systems**
**P.O. Box 575**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2017__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,171.68** |
|---|---|---|---|

**Lade-Danlar Lighting & Electrical Distr.**
**2203 Old Covington Highway**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/2010__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362,713.43** |
|---|---|---|---|

**MATA-TECH**
**3025 Debra Drive**
**Fultondale, AL 35068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/2010__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Midsouth Mechanical & Fab**
**8270 Co. Rd 19**
**Piedmont, AL 36272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/2017__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,603.00** |
|---|---|---|---|

**MODSPACE**
**12603 Collections Center Drive**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/2018__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |
|---|---|---|---|

**NetPlanner Systems, Inc.**
**3145 Northwoods Parkway**
**Suite 800**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/2010__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,976.43** |
|---|---|---|---|

**Nickell Rental**
**90F Glenda Trace**
**PMB 368**
**Newnan, GA 30265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/2015__

**Basis for the claim:**  __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,561.47 |
|---|---|---|---|

**Niedax, Inc.**
Dept L-722
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,106.53 |
|---|---|---|---|

**Northside Tool Rental**
35 Irby Avenue NW
Atlanta, GA 30305-1881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2016**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Outlaw Trucking & Logistics, Inc.**
P.O. Box 988
Fulton, MS 38843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2018**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190,000.00 |
|---|---|---|---|

**Outsource, LLC**
1960 E. Grand Ave.
Suite 1180
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/2018**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $905.00 |
|---|---|---|---|

**Prather Concrete Cutting, Inc.**
P.O. Box 4
Cusseta, AL 36852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2018**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,074.61 |
|---|---|---|---|

**Prestige Alarm & Specialty Products, Inc**
P.O. Box 9
Trussville, AL 35173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,985.41 |
|---|---|---|---|

**Red-D-Arc, Inc.**
P.O. Box 532618
Atlanta, GA 30353-2618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,428.40** |
|---|---|---|---|
| | **Rhino Assembly Corporation**<br>**7575 West Winds Blvd. Suite A**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/2010** | **Basis for the claim:**  **Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,056.00** |
|---|---|---|---|
| | **S & H Industrial Services, Inc.**<br>**P.O. Box 2946**<br>**Jonesboro, AR 72402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/2015** | **Basis for the claim:**  **Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550,000.00** |
|---|---|---|---|
| | **Sequel Electrical Supply, LLC**<br>**P.O. Box 3579**<br>**Meridian, MS 39303-3579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/2003** | **Basis for the claim:**  **Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,361,879.26** |
|---|---|---|---|
| | **Sequel Electrical Supply, LLC**<br>**P.O. Box 3579**<br>**Meridian, MS 39303-3579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/2018** | **Basis for the claim:**  **Lawsuit** | |
| | Last 4 digits of account number  **0864** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191,207.28** |
|---|---|---|---|
| | **ServisFirst Bank**<br>**P.O. Box 1508**<br>**Birmingham, AL 35201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **Credit Card** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,817.00** |
|---|---|---|---|
| | **Siemens Industry**<br>**P.O. Box 2134**<br>**Carol Stream, IL 60132-2134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/2010** | **Basis for the claim:**  **Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81,288.48** |
|---|---|---|---|
| | **SK Services, LLC**<br>**P.O. Box 823461**<br>**Philadelphia, PA 19182-3461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/2017** | **Basis for the claim:**  **Account** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,552.00 |
|---|---|---|---|

**Sky Electrical Contractors, LLC**
**102 Queen Anne Court**
**Millbrook, AL 36054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2010**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,522.34 |
|---|---|---|---|

**Southern Controls**
**P.O. Box 210399**
**Montgomery, AL 36121-0399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2017**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $197,130.46 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,357.00 |
|---|---|---|---|

**Taurus CD 197 SE Industrial Portfolio**
**c/o Taurus Mgmnt Svc**
**610 N Wymore Rd #200**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2015**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,433.72 |
|---|---|---|---|

**Taurus CD 197 SE Industrial Portfolio**
**c/o Taurus Mgmnt Svc**
**610 N Wymore Rd #200**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Judgment**

Last 4 digits of account number  **9D16**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,396.00 |
|---|---|---|---|

**Telephone Communications, Inc.**
**1317 Wilmer Ave Ste 103**
**Anniston, AL 36201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2010**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,463.00 |
|---|---|---|---|

**Thermaco, Inc.**
**P.O. Box 890375**
**Charlotte, NC 28289-0375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2010**

Basis for the claim:  **Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,501.00 |
|---|---|---|---|

**Thompson Lighting Protection, Inc.**
901 Sibley Memorial Hwy
Saint Paul, MN 55118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2014**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,793.09 |
|---|---|---|---|

**Threaded Fasteners, Inc.**
c/o Brian T. Pugh, Esq.
3200 Crichton Street
Mobile, AL 36607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,351.00 |
|---|---|---|---|

**TIAA Bank**
P.O. Box 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,266.53 |
|---|---|---|---|

**Tradesmen International, LLC**
P.O. Box 677807
Dallas, TX 75267-7807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2009**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Trillium Construction**
P.O. Box 671854
Detroit, MI 48267-1854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**United Rentals North America, Inc.**
P.O. Box 100711
Atlanta, GA 30384-0711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,060.00 |
|---|---|---|---|

**Visual South, Inc.**
9280 Davidson Hwy
Suite 100
Concord, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2010**

Basis for the claim:  **Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,407.00 |
|---|---|---|---|
| | **VSC Fire & Security, Inc. Mobile Distric**<br>**10343-B Kings Acres Rd**<br>**Ashland, VA 23005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __3/2018__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,246.14 |
|---|---|---|---|
| | **Weathers Rental Center**<br>**3350 U.S. 431 S**<br>**Albertville, AL 35950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __5/2017__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,616.25 |
|---|---|---|---|
| | **WEX Bank**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __7/2015__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|
| | **Winsupply Anniston**<br>**1715 Hillyer Robinson Ind Pkwy**<br>**Anniston, AL 36207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/2018__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $824.00 |
|---|---|---|---|
| | **Xerox Corporation**<br>**P.O. Box 827598**<br>**Philadelphia, PA 19182-7598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __5/2018__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.00 |
|---|---|---|---|
| | **Yellow Pages United**<br>**P.O. Box 50038**<br>**Jacksonville Beach, FL 32240-0038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/2018__ | Basis for the claim: __Account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Albert J. Osorio, Esq.**<br>**3453 Sierra Dr**<br>**Birmingham, AL 35216** | Line __3.47__<br><br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Alto Lee Teague, IV, Esq.**<br>P.O. Box 11405<br>Birmingham, AL 35202-1405 | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bradley W. Cornett, Esq.**<br>P.O. Box 388<br>Gadsden, AL 35902 | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **C. Ellis Brazeal, III, Esq.**<br>420 20th Street North<br>Suite 1100<br>Birmingham, AL 35203 | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Guntersville Sheet Metal Works, Inc.**<br>c/o M. Bert Bray, IV, Esq.<br>P.O. Box 1669<br>Albertville, AL 35950 | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Harry P. Long, Esq.**<br>P.O. Box 1468<br>Anniston, AL 36202 | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **James A. Stewart, Esq.**<br>600 University Park Pl<br>Suite 100<br>Birmingham, AL 35209 | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **James G. Henderson**<br>1210 Financial Center<br>505 N 20th St<br>Birmingham, AL 35203-4662 | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Nick I. Iezza, Esq.**<br>555 Marin St<br>Ste 140<br>Thousand Oaks, CA 91360 | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Noel Cotney, Esq.**<br>Wiles & Wiles, LLP<br>800 Kennesaw Ave, Suite 400<br>Marietta, GA 30060-7946 | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Steven C. Sasser, Esq.**<br>P.O. Box 1469<br>Decatur, AL 35602 | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **U.S. Attorney**<br>Northern District of Alabama<br>1801 Fourth Avenue N<br>Birmingham, AL 35203 | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 338,855.13 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,275,479.62 |

Debtor **Five Star Industrial Services, Inc.**
Name

Case number (*if known*)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ 5,614,334.75

**Fill in this information to identify the case:**

Debtor name   **Five Star Industrial Services, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Lease - Skyjack**<br><br>    State the term remaining<br>    List the contract number of any government contract | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087-1453** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Lease - Toyota & Genie**<br><br>    State the term remaining<br>    List the contract number of any government contract | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087-1453** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br>    List the contract number of any government contract | **GM Financial Leasing**<br>**75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675-1738** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest    **Software**<br><br>    State the term remaining<br>    List the contract number of any government contract    **20261896** | **TIAA Commercial Finance, Inc.**<br>**F/K/A EverBank Commercial Finance, Inc.**<br>**10 Waterview Blvd, 2nd Floor**<br>**Parsippany, NJ 07054** |

## Official Form 206H
## Schedule H: Your Codebtors
<span>12/15</span>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric Olson** | **104 North College Street**<br>**Gadsden, AL 35905** | **MATA-TECH** | ☐ D _____<br>■ E/F   **3.47**<br>☐ G _____ |
| 2.2 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **BSE Industrial Contractors, Inc.** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.3 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **MATA-TECH** | ☐ D _____<br>■ E/F   **3.47**<br>☐ G _____ |
| 2.4 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **Sequel Electrical Supply, LLC** | ☐ D _____<br>■ E/F   **3.62**<br>☐ G _____ |
| 2.5 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **Sunbelt Rentals, Inc.** | ☐ D _____<br>■ E/F   **3.68**<br>☐ G _____ |

| Debtor | Five Star Industrial Services, Inc. | Case number (if known) |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| 2.6 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | Mr. Advance | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | SPG Advance, LLC | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | BizFund, LLC dba<br>Smart Business<br>Funding | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | BizFund, LLC dba<br>Smart Business<br>Funding | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | Bluevine Capital Inc. | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | Kabbage | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | Blackwater<br>Technologies, Inc. | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.13 | Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | ServisFirst Bank | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Five Star Industrial Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **ServisFirst Bank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **ServisFirst Bank** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **ServisFirst Bank** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **ServisFirst Bank** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Russell V. Olson** | **1968 Lookout Circle**<br>**Gadsden, AL 35904** | **ServisFirst Bank** | ☐ D _____<br>■ E/F __3.63__<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Five Star Industrial Services, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other **Gross Receipts** | $374,081.93 |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **Gross Receipts** | $5,727,736.91 |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **Gross Receipts** | $4,490,745.77 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ServisFirst Bank** P.O. Box 1508 Birmingham, AL 35201 | **Materials & Inventory** | 4/19 | $1,500,000.00 |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **State of Alabama, Dept of Revenue v. Five Star Industrial Services, Inc.** 31-CV-2019-900239 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **State of Alabama v. Five Star Industrial Services, Inc.** 31-CV-2019-900240 | **Civil** | **Circuit Court of Etowah County, AL** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **Taurus CD 197 SE Industrial Portfolio, LLC v. Five Star Industrial Services, Inc.** 19-D-16 | **Civil** | **State Court of Cobb County, GA** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. **BSE Industrial Contractors, Inc. v. Five Star Industrial Services, Inc. et al** 01-CV-2019-900451 | **Civil** | **Circuit Court of Jefferson County, AL** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **BSE Industrial Contractors, Inc. v. Five Star Industrial Services, Inc. et al** 31-CV-2019-900072 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending ☐ On appeal ☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Caljan Rite-Hite, Inc. v. Five Star Industrial Services, Inc.**<br>31-CV-2019-900238 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Threaded Fasteners, Inc. v. Five Star Industrial Services, Inc.**<br>31-CV-2019-900051 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Sequel Electrical Supply, LLC v. Five Star Industrial Services, Inc. et al**<br>31-CV-2018-900864 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Sunbelt Rentals, Inc. v. Five Star Industrial Services, Inv. et al**<br>52-CV-2018-900540 | **Civil** | **Circuit Court of Morgan County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Central Products, LLC d/b/a Central Restaurant Products v. Five Star Industrial Services, Inc.**<br>31-CV-2018-900741 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Charles S. Brandhorst v. Five Star Industrial Services, Inc.**<br>31-CV-2018-900678 | **Civil** | **Circuit Court of Etowah County, AL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. **SK Services, LLC v. Five Star Industrial Services, Inc.**<br>31-CV-2018-900557 | **Civil** | **Circuit Court of Etowah County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Guntersville Sheet Metal Works, Inc. v. Five Star Industrial Services, Inc.**<br>50-CV-2018-900286 | **Civil** | **Circuit Court of Marshall County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Outsource LLC v. Five Star Industrial Services, Inc.**<br>BC719306 | **Civil** | **Superior Court of California County of Los Angeles CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Mata Tech, LLC v. Five Star Industrial Services, Inc., et al**<br>01-CV-2019-901215 | **Civil** | **Circuit Court of Jefferson County, AL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **C. Taylor Crockett, P.C.**<br>**2067 Columbiana Road**<br>**Birmingham, AL 35216** | **Attorney Fees (Chapter 11)** | | **$33,283.00** |
| | Email or website address<br>**creditor code 20771** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **C. Taylor Crockett, P.C.**<br>**2067 Columbiana Road**<br>**Birmingham, AL 35216** | **Filing Fee** | | **$1,717.00** |
| | Email or website address<br>**creditor code 20771** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Russell V. Olson | 1968 Lookout Circle<br>Gadsden, AL 35904 | President | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2019**

**/s/ Russell V. Olson**                              **Russell V. Olson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama, Eastern Division

In re   **Five Star Industrial Services, Inc.**                               Case No.

Debtor(s)                              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept               **$400.00 per hour**         $ _____

    Prior to the filing of this statement I have received                                 $         **33,283.00**

    Balance Due                                                                            $ _____

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May 17, 2019**                                    **/s/ C. Taylor Crockett**
_Date_                                              **C. Taylor Crockett**
                                                    _Signature of Attorney_
                                                    **C. Taylor Crockett, P.C.**
                                                    **2067 Columbiana Road**
                                                    **Birmingham, AL 35216**
                                                    **(205) 978-3550   Fax: (205) 978-3556**
                                                    **creditor code 20771**
                                                    _Name of law firm_

# United States Bankruptcy Court
## Northern District of Alabama, Eastern Division

In re **Five Star Industrial Services, Inc.**        Case No. _____

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 17, 2019**        Signature   **/s/ Russell V. Olson**

                                                       **Russell V. Olson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Alabama, Eastern Division

In re   __Five Star Industrial Services, Inc.__

Debtor(s)

Case No.

Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __May 17, 2019__

/s/ Russell V. Olson

__Russell V. Olson__/__President__
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

BizFund, LLC dba Smart Business Funding
601 Ocean Pkwy #8E
Brooklyn, NY 11218

Georgia Dept of Labor
148 Andrew Young International Blvd., NE
Atlanta, GA 30303

Alabama Waste Disposal Solutions
2265 County Rd 6
Piedmont, AL 36272

Bluevine Capital Inc.
401 Warren Street
Redwood City, CA 94063

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Albertville Electric Motor Service, I
6621 Hwy 431
Albertville, AL 35950

Ford Credit Credit
P.O. Box 790072
Saint Louis, MO 63179-0072

State of Alabama - Dept of Rev.
c/o Hilary Yother Parks, Esq.
P.O. Box 320001
Montgomery, AL 36132

Allied Electronics, Inc.
P.O. Box 2325
Fort Worth, TX 76113-2325

Kabbage
925B Peachtree St NE #1688
Atlanta, GA 30309

State of Georgia
Dept of Revenue
1800 Century Boulevard, NE
Atlanta, GA 30345

ASA Fire Protection, LLC
1121 Grassdale Rd NW
Cartersville, GA 30121

Mr. Advance
35-12 19th Ave
Suite 3W
Astoria, NY 11105

ABS Business System
312 5th Ave NW
Attalla, AL 35954

Avetta
P.O. Box 1653
Gadsden, AL 35902

ServisFirst Bank
P.O. Box 1508
Birmingham, AL 35201

AED
700 Sigman Rd NW
Suite 100
Conyers, GA 30013

Batey & Sanders, Inc.
P.O. Box 1653
Gadsden, AL 35902

SPG Advance, LLC
35-12 19th Ave
Suite 3W
Astoria, NY 11105

Air Hydro Power
P.O. Box 9001005
Dept #200
Louisville, KY 40290-1005

BC Industries, LLC
P.O. Box 147
Chelsea, AL 35043

State of Alabama
Department of Revenue
50 North Ripley Street
Montgomery, AL 36132

Airgas USA, LLC
1728 Hillyer Robinson Ind Pkwy
Anniston, AL 36207-6726

Beerman
4206 Howard Ave
New Orleans, LA 70125

Alabama Dept of Labor
Benefit Pmt Ctrl, BPC Recovery - Rm 3678
649 Monroe Street
Montgomery, AL 36131

Alabama Power Company
Attn: Bankruptcy
P.O. Box 242, 4S1135
Birmingham, AL 35292

Bigrentz, Inc.
1063 Mcgaw Ave
Suite 200
Irvine, CA 92614

Blackwater Technologies, Inc.
270 Cable Industrial Blvd
Carrollton, GA 30117

Charles Roberts
415 Locust Ave SE
Huntsville, AL 35801

Endura-Veyor
3490 US 23 North
Alpena, MI 49707

Brand Safway Solutions
P.O. Box 205520
Dallas, TX 75320-5520

Chris Helms Transportation, Inc.
1000 Shoreline Drive
Houghton Lake, MI 48629

Energy Systems Southeast, LLC
3235 Veterans Circle
Birmingham, AL 35235

BSE Industrial Contractors, Inc.
P.O. Box 5563
Birmingham, AL 35207

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0910

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

CAE Healthcare, Inc.
LOCKBOX :32955
Collection Center Drive
Chicago, IL 60693

Climatech Professional Air
10210 N. Palafox St.
Pensacola, FL 32534-1233

Georgia Pole Bases, Inc.
P.O. Box 6387
Douglasville, GA 30154

Caljan Rite-Hite, Inc.
7160 W. Donges Bay Road
Mequon, WI 53092

Comcast
P.O. Box 105184
Atlanta, GA 30348-5184

GM Financial Leasing
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

GSM Steel & Mechanical Contract
11201 U.S. Highway 431
Guntersville, AL 35976

Carrier Vibrating Equipment, Inc.
Dept 8343
Carol Stream, IL 60122-8343

DBF2, LLC
c/o Foshee Realty, Inc.
51 Tacon St, Ste B
Mobile, AL 36607

Herc Rentals, Inc.
PO Box 936257
Atlanta, GA 31193-6257

CED - Mobile
P.O. Box 207088
Dallas, TX 75320-7008

DCH Health System
809 University Blvd East
Tuscaloosa, AL 35401

Hilti, Inc.
P.O. Box 11870
Newark, NJ 07101-8800

Central Restaurant Products
P.O. Box 78070
Indianapolis, IN 46278-0070

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087-1453

IFM Efector, Inc.
P.O. Box 8538-307
Philadelphia, PA 19171-0307

Industrial Info Resources
2277 Plaza Drive Suite 300
Sugar Land, TX 77459

MODSPACE
12603 Collections Center Drive
Chicago, IL 60693-0126

Red-D-Arc, Inc.
P.O. Box 532618
Atlanta, GA 30353-2618

Interstate Billing Service, Inc.
P.O. Box 2208
Decatur, AL 35609-2208

NetPlanner Systems, Inc.
3145 Northwoods Parkway
Suite 800
Norcross, GA 30071

Rhino Assembly Corporation
7575 West Winds Blvd. Suite A
Concord, NC 28027

Intuit
2700 Coast Ave
Mountain View, CA 94043

Nickell Rental
90F Glenda Trace
PMB 368
Newnan, GA 30265

S & H Industrial Services, Inc.
P.O. Box 2946
Jonesboro, AR 72402

J. Carlton Electric Co.
131 Hazelwood Lane
Florence, AL 35634

Niedax, Inc.
Dept L-722
Columbus, OH 43260

Sequel Electrical Supply, LLC
P.O. Box 3579
Meridian, MS 39303-3579

Johnson Controls Fire Protection
Dept. CH 10320
Palatine, IL 60055-0320

Northside Tool Rental
35 Irby Avenue NW
Atlanta, GA 30305-1881

Siemens Industry
P.O. Box 2134
Carol Stream, IL 60132-2134

KMH Systems
P.O. Box 575
Mount Prospect, IL 60056

Outlaw Trucking & Logistics, Inc.
P.O. Box 988
Fulton, MS 38843

SK Services, LLC
P.O. Box 823461
Philadelphia, PA 19182-3461

Lade-Danlar Lighting & Electrical Distr.
2203 Old Covington Highway
Conyers, GA 30012

Outsource, LLC
1960 E. Grand Ave.
Suite 1180
El Segundo, CA 90245

Sky Electrical Contractors, LLC
102 Queen Anne Court
Millbrook, AL 36054

MATA-TECH
3025 Debra Drive
Fultondale, AL 35068

Prather Concrete Cutting, Inc.
P.O. Box 4
Cusseta, AL 36852

Southern Controls
P.O. Box 210399
Montgomery, AL 36121-0399

Midsouth Mechanical & Fab
8270 Co. Rd 19
Piedmont, AL 36272

Prestige Alarm & Specialty Products, Inc
P.O. Box 9
Trussville, AL 35173

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Taurus CD 197 SE Industrial Portfolio
c/o Taurus Mgmnt Svc
610 N Wymore Rd #200
Maitland, FL 32751

United Rentals North America, Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Alto Lee Teague, IV, Esq.
P.O. Box 11405
Birmingham, AL 35202-1405

Telephone Communications, Inc.
1317 Wilmer Ave Ste 103
Anniston, AL 36201

Visual South, Inc.
9280 Davidson Hwy
Suite 100
Concord, NC 28027

Bradley W. Cornett, Esq.
P.O. Box 388
Gadsden, AL 35902

Thermaco, Inc.
P.O. Box 890375
Charlotte, NC 28289-0375

VSC Fire & Security, Inc. Mobile Distric
10343-B Kings Acres Rd
Ashland, VA 23005

C. Ellis Brazeal, III, Esq.
420 20th Street North
Suite 1100
Birmingham, AL 35203

Thompson Lighting Protection, Inc.
901 Sibley Memorial Hwy
Saint Paul, MN 55118

Weathers Rental Center
3350 U.S. 431 S
Albertville, AL 35950

Guntersville Sheet Metal Works, In
c/o M. Bert Bray, IV, Esq.
P.O. Box 1669
Albertville, AL 35950

Threaded Fasteners, Inc.
c/o Brian T. Pugh, Esq.
3200 Crichton Street
Mobile, AL 36607

WEX Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

Harry P. Long, Esq.
P.O. Box 1468
Anniston, AL 36202

TIAA Bank
P.O. Box 911608
Denver, CO 80291-1608

Winsupply Anniston
1715 Hillyer Robinson Ind Pkwy
Anniston, AL 36207

James A. Stewart, Esq.
600 University Park Pl
Suite 100
Birmingham, AL 35209

TIAA Commercial Finance, Inc.
F/K/A EverBank Commercial Finance, Inc.
10 Waterview Blvd, 2nd Floor
Parsippany, NJ 07054

Xerox Corporation
P.O. Box 827598
Philadelphia, PA 19182-7598

James G. Henderson
1210 Financial Center
505 N 20th St
Birmingham, AL 35203-4662

Tradesmen International, LLC
P.O. Box 677807
Dallas, TX 75267-7807

Yellow Pages United
P.O. Box 50038
Jacksonville Beach, FL 32240-0038

Nick I. Iezza, Esq.
555 Marin St
Ste 140
Thousand Oaks, CA 91360

Trillium Construction
P.O. Box 671854
Detroit, MI 48267-1854

Albert J. Osorio, Esq.
3453 Sierra Dr
Birmingham, AL 35216

Noel Cotney, Esq.
Wiles & Wiles, LLP
800 Kennesaw Ave, Suite 400
Marietta, GA 30060-7946

Steven C. Sasser, Esq.
P.O. Box 1469
Decatur, AL 35602


U.S. Attorney
Northern District of Alabama
1801 Fourth Avenue N
Birmingham, AL 35203