# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Five Star Industrial Services, Inc. | § | Case No. 19-40844-JJR7 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/17/2019. The case was converted to one under Chapter 7 on 12/18/2019. The undersigned trustee was appointed on 05/22/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        6,347.67

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3,237.80 |
| Bank service fees | 115.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]        $        2,994.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 09/18/2020 and the deadline for filing governmental claims was 09/18/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,384.77.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,384.77, for a total compensation of $1,384.77[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2023 _____     By: /s/ROCCO J. LEO _____
                                              Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-40844 | JJR | Judge: | James J. Robinson | Trustee Name: | ROCCO J. LEO |
|---|---|---|---|---|---|---|

Case Name:      Five Star Industrial Services, Inc.

Date Filed (f) or Converted (c):      12/18/2019 (c)

341(a) Meeting Date:      01/24/2020

For Period Ending:      05/18/2023

Claims Bar Date:      09/18/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Accounts receivable 90 days or less<br><br>SPG Advance LLC<br><br>12/18/2020  Motion to Approve Compromise w/Eisenman $8,000.00<br>01/21/2021  Order Approving<br>05/16/2022  [Doc. 210] Uncollectible | 40,922.00 | 0.00 | DA | 0.00 | 0.00 |
| 2.  Accounts receivable Over 90 days old<br><br>BizFund LLC  dba Smart Business Funding secured $25,608.00<br>BizFund LLC  dba Smart Business Funding secured $25,608.00<br>Bluevine Capital secured $66,208.77<br>Kabbage secured $15,317.77<br>Mr. Advance secured $28,735.75<br>On Deck Capital secured $29,549.32<br>On Deck Capital secured $161,216.46<br><br>*Debtor had a lien against a project which was part of the Account receivables.<br>  Worked out compromise to settle lien:<br>12/18/2020 199 Motion to Approve Compromise<br>   With Eisenmann for $8,000.00<br>01/21/2021 204 ORDER Granting<br><br>However, Eisenmann / Attorney Bill Bensinger failed to respond and perform under such Compromise and Order<br><br>As reported to the Court in Doc. 210, the cost to litigate and pursue collection of this receivable was Determined to be cost prohibitive | 128,020.00 | 0.00 | DA | 0.00 | 0.00 |
| 3.  Office Equipment<br><br>Furniture & Fixtures <170002> | 17,456.76 | 0.00 | DA | 0.00 | 0.00 |

Exhibit A

Office Sign                               204.00
Office Door - Southern Builders        67.23
Air Conditioners for support center    114.03
Night Owl Security System & Monitor 123.92
_____
                                    509.18

Machinery & Equipment <170001>
    Thermal Imaging Camera 2,000.24
    HP Laptop 96.88
    Compaq Computer 64.24
    Compaq Computer 48.88
    Acer Computer 44.24
    HP Digital Camera 18.32
    Heat Bianket 24.24
    Dewalt Drills 72.88
    Reciprocating Saws 68.24
    Grinders 24.88
    Skill Saws 48.24
    Fish Tapes 24.88
    Welder 44.24
    Hilti 24 volt Drill 41.68
    Welding gloves, jacket, hood 32.24
    Hilti Pin Gun 52.88
    6 ft ladders 48.24
    10 ft fiberglass ladder 17.68
    16 ft fiberglass ladder 14.48
    20 ft fiberglass ladder 15.28
    32 ft aluminum ladder 25.60
    Blue Job Box 32.88
    High Impact Flash Lights 25.44
    Power Quality Tester 360.88
    Power Quality 3000 amp Meter Leads 60.24
    HP Printers 29.68
    HP All Fax/Printer 16.24
    Light Stand 8.88
    Table Saw 24.24
    Tap & Dye Set 12.88
    Portband Saw 22.64
    Dewalt Heavy Hammer Drill 40.80
    Rolling Tool Box 12.24
    Large Wire Cutters, hand tools 24.88
    Cable Jack Stands 72.24
    Fax Machine 80.88
    TV 16.24
    Generator 8.88
    Air Compressor 40.16
    Pipe Threader 28.88
    Pipe Wrenches 20.24
    Winch 12.88
    Nail Gun 8.24
    Pipe Benders 28.88
    Camera System 28.24
    Wire Tugger 360.88
    Wire Crimper 236.45
    Threader - Mayer Electric 136.80
    Welder 61.19
    Maxix Reel - Mayer Electric 70.12
    Best Buy 56.00
    Mayer Rolling Job Box 168.97

Exhibit A

View Enterprises - McKay 208.00
rs Logix 500 Professional 362.40
Best Buy 48.33
Best Buy 77.44
McNaughton  13349481-00 352.80
Inline Green Lee Job Boxes 116.06
Job Plotter 40.00
Power Mig 140C 56.06
CM Flat Bed Truck Bed 292.54
MP-OIPRO - MAXIS TOOL 45.90
JD's Computer System 116.42
Eric's laptop/office 365 72.08
Melanie's laptop 34.79
Melanie's printer 6.89
Laptop for ?? 37.84
Revel Software P.O.S. for support center 167.12
2 Monitors for JD 31.38
(2) Heat blankets/(1) 535 Threader 64.00
 2 Laptops 87.12
 ??? 64.61
 ??? 2 Laptops 80.91
 Ranger 250 GXT Welder 383.26
 4 Bay QNAP Server & Hard Drives 110.44
(6) Kenwood 2 way radios and speakers 224.16
(4) Magnetic drills 304.00
(3) Makita band saw kits 107.12
(1) Punch tool kit 108.00
(1) Maxxis Tugger and Cart 296.00
(1) 555 Bender w/EMT shoes 500.00
(1) Honda 2000w generator 80.00
(4) Weatherguard tool boxes 224.00
(2) Dayton 88001b equipment roller kits 126.55
(1) Dayton 10,000lb>Skates Swivel 156.13
(1) Dayton 10,000lb Skates Swivel 156.13
 TEK digital sore oscilloscope probe and case 126.48
TEK Softcase hard case probe 116.64
 (1)  laptop, wireless mousr antivirus software 39.96
Plasma Cutter $160.00
Graco Magnum LTS Paint Sprayer  25.20
 Infoservice (tax on new software main renewal 3,780.07
New server for ERP system 1,665.29
Ron McEachin 45.79
Dell Precision M8600 laptop $232.68
HP 0ffice jet printer 6.89
Lenovo E560 Laptop  Roy Rogers  $76.25
FLIR Thermal Imaging Camera $55.92
Dell Precision 7710 Laptop  Brett Stewart $245.64
Lenova E560 Laptop Ron McE $82.87
(2)  Dell Latitude 3580 Laptops - Shane & Mark $212.79

$16,947.52

[167] Motion for Relief from Stay by ServisFirst
[170] Order Granting

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-40844 | JJR | Judge: | James J. Robinson | Trustee Name: | ROCCO J. LEO |
|---|---|---|---|---|---|---|
| Case Name: | Five Star Industrial Services, Inc. | | | | Date Filed (f) or Converted (c): | 12/18/2019 (c) |
| | | | | | 341(a) Meeting Date: | 01/24/2020 |
| For Period Ending: | 05/18/2023 | | | | Claims Bar Date: | 09/18/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 4.  Vehicles<br><br>(See description of assets as outlined in Asset #3)<br><br>[167] Motion for Relief from Stay by ServisFirst<br>[170] Order Granting | 17,456.76 | 0.00 | DA | 0.00 | 0.00 |
| 5.  Vehicles 2017 Ford F250<br><br>Ford Credit holds lien | 47,550.00 | 0.00 | DA | 0.00 | 0.00 |
| 6.  Vehicles 16' Trailer<br><br>[167] Motion for Relief from Stay by ServisFirst<br>[170] Order Granting | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 7.  Vehicles 20' Trailer<br><br>[167] Motion for Relief from Stay by ServisFirst<br>[170] Order Granting | 2,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8.  Vehicles:  2007 Chevy 3500<br><br>[167] Motion for Relief from Stay by ServisFirst<br>[170] Order Granting | 6,250.00 | 0.00 | DA | 0.00 | 0.00 |
| 9.  Building, real estate or Land: 104 North College St, Glencoe<br><br>Servis First  $3,000,000<br>State of AL   $23,221.80<br><br>[167] Motion for Relief from Stay by ServisFirst<br>[170] Order Granting | 122,400.00 | 0.00 | OA | 0.00 | FA |
| 10.  Checking:  Wells Fargo (u) | 0.00 | 6,347.67 | | 6,347.67 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $384,055.52 | $6,347.67 | | $6,347.67 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/10/2022          Current Projected Date of Final Report (TFR): 04/30/2023

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-40844

Case Name: Five Star Industrial Services, Inc.

Taxpayer ID No: XX-XXX7985

For Period Ending: 05/18/2023

Trustee Name: ROCCO J. LEO

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0719

Checking

Blanket Bond (per case limit): $1,500,000.00

Separate Bond (if applicable):

*Exhibit B*

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/20 | 10 | Wells Fargo | Checking Account Proceeds | 1229-000 | $6,145.31 | | $6,145.31 |
| 09/11/20 | 10 | MAYER 3405 4TH AVENUE SOUTH BIRMINGHAM, AL 35222-2300 | Check deposit | 1229-000 | $20.36 | | $6,165.67 |
| 09/11/20 | 10 | WELLS FARGO PO BOX 5141 SIOUX FALLS, SD 57117 | Bank Refund | 1229-000 | $182.00 | | $6,347.67 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.33 | $6,341.34 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $7.00 | $6,334.34 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.77 | $6,327.57 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.99 | $6,320.58 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.75 | $6,313.83 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.97 | $6,306.86 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.96 | $6,299.90 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.73 | $6,293.17 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.95 | $6,286.22 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $6.72 | $6,279.50 |

Page Subtotals: $6,347.67 $68.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-40844

Case Name: Five Star Industrial Services, Inc.

Taxpayer ID No: XX-XXX7985

For Period Ending: 05/18/2023

Trustee Name: ROCCO J. LEO

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0719

Checking

Blanket Bond (per case limit): $1,500,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.93 | $6,272.57 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.93 | $6,265.64 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.25 | $6,259.39 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.91 | $6,252.48 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.68 | $6,245.80 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.90 | $6,238.90 |
| 06/29/22 | 4001 | MAX C POPE, JR PO BOX 2958 BIRMINGHAM, AL 35202 | Doc. 221 Order | | | $3,237.80 | $3,001.10 |
| | | MAX C POPE, JR | ($3,000.00) | 3210-000 | | | |
| | | MAX C POPE, JR | ($237.80) | 3220-000 | | | |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.55 | $2,994.55 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,347.67 | $3,353.12 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,347.67 | $3,353.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,347.67 | $3,353.12 |

Page Subtotals: $0.00 $3,284.95

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0719 - Checking | $6,347.67 | $3,353.12 | $2,994.55 |
| | $6,347.67 | $3,353.12 | $2,994.55 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,347.67 |
| Total Gross Receipts: | $6,347.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                                    Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 280 5800 | Georgia Department Of Revenue Compliance Division Bankruptcy Section 1800 Century Blvd. Ne, Suite 9100 Atlanta, Georgia 30345-3205 | Priority | | $18,528.04 | $15,348.12 | $15,348.12 |
| 1a 300 7100 | Georgia Department Of Revenue Compliance Division Bankruptcy Section 1800 Century Blvd. Ne, Suite 9100 Atlanta, Georgia 30345-3205 | Unsecured | | $0.00 | $3,753.93 | $3,753.93 |
| 2 400 4110 | Ala Dept Of Revenue Legal Div P.O. Box 320001 Montgomery, Al 36132-0001 | Secured | | $23,221.80 | $23,335.29 | $23,335.29 |
| 3 280 5800 | Ala Dept Of Revenue Legal Div P.O. Box 320001 Montgomery, Al 36132-0001 | Priority | | $54,000.00 | $30,857.83 | $30,857.83 |
| 3a 300 7100 | Ala Dept Of Revenue Legal Div P.O. Box 320001 Montgomery, Al 36132-0001 | Unsecured | | $0.00 | $3,855.65 | $3,855.65 |
| 4 300 7100 | Lvnv Funding, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | WEX | $8,616.25 | $18,592.72 | $18,592.72 |
| 5 280 5800 | Internal Revenue Service P O Box 7346 Philadelphia Pa 19101-7336 | Priority | | $230,752.12 | $350,273.60 | $350,273.60 |
| 5a 300 7100 | Internal Revenue Service P O Box 7346 Philadelphia Pa 19101-7336 | Unsecured | | $0.00 | $51,250.71 | $51,250.71 |
| 6 300 7100 | Energy Systems Southeast, Llc 3235 Veterans Circle Birmingham, Al 35235 | Unsecured | | $48,601.93 | $49,112.14 | $49,112.14 |

**USBA Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                                          Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 7<br>400<br>4110 | On Deck Capital, Inc.<br>C/O Christine Levi<br>101 West Colfax Ave., 10Th Floor<br>Denver, Co 80202 | Secured | | $161,216.46 | $161,216.46 | $161,216.46 |
| 8<br>400<br>4110 | On Deck Capital, Inc.<br>C/O Christine Levi<br>101 West Colfax Ave., 10Th Floor<br>Denver, Co 80202 | Secured | | $29,549.32 | $29,549.32 | $29,549.32 |
| 9<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $4,802.07 | $4,802.07 |
| 10<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $6,265.06 | $6,265.06 |
| 11<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $7,941.16 | $7,941.16 |
| 12<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $6,774.26 | $6,774.26 |
| 13<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $5,021.16 | $5,021.16 |
| 14<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $5,467.08 | $5,467.08 |
| 15<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $5,953.92 | $5,953.92 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                        Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $21,087.09 | $21,087.09 |
| 17<br>300<br>7100 | Midsouth Mechanical & Fab<br>Eric Oden<br>8270 Co. Rd 19<br>Piedmont, Al 36272 | Unsecured | | $2,100.00 | $2,100.00 | $2,100.00 |
| 18<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $8,611.83 | $8,611.83 |
| 19<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $23,276.02 | $23,276.02 |
| 20<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $22,468.35 | $22,468.35 |
| 21<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $1,935.46 | $1,935.46 |
| 22<br>300<br>7100 | Alabama Power Company<br>C/O Eric T. Ray, Esq.<br>Balch & Bingham Llp<br>1901 Sixth Ave N, Suite 1500<br>Birmingham, Al 35203 | Unsecured | | $1,194.93 | $3,026.45 | $3,026.45 |
| 23<br>300<br>7100 | Ford Motor Credit Company, Llc<br>Dept 55953 Po Box 55000<br>Detroit Mi 48255 | Unsecured | | $0.00 | $6,626.57 | $6,626.57 |
| 24<br>300<br>7100 | Spiwak & Iezza, Llp<br>C/O Spiwak & Iezza, Llp<br>555 Marin Street<br>Suite 140<br>Thousand Oaks, Ca 91360 | Unsecured | | $0.00 | $174,048.39 | $174,048.39 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                    Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 25<br>300<br>7100 | Outsource, Llc<br>1960 E. Grand Ave.<br>Suite 1180<br>El Segundo, Ca 90245 | Unsecured | | $190,000.00 | $174,048.39 | $174,048.39 |
| 26<br>300<br>7100 | Motion Industries Inc<br>Po Box 1477<br>Birmingham Al 35201 | Unsecured | | $0.00 | $2,805.99 | $2,805.99 |
| 27<br>300<br>7100 | Brand Safway Solutions<br>P.O. Box 205520<br>Dallas, Tx 75320-5520 | Unsecured | | $5,399.18 | $5,399.18 | $5,399.18 |
| 28<br>300<br>7100 | United Rentals, Inc.<br>Attn: Mike Dowden<br>6125 Lakeview Road #300<br>Charlotte Nc 28269 | Unsecured | | $0.00 | $30,807.16 | $30,807.16 |
| 29<br>300<br>7100 | United Rentals, Inc.<br>Attn: Mike Dowden<br>6125 Lakeview Road #300<br>Charlotte Nc 28269 | Unsecured | | $3,200.00 | $5,572.66 | $5,572.66 |
| 30<br>300<br>7100 | Georgia Pole Bases, Inc.<br>P.O. Box 6387<br>Douglasville, Ga 30154 | Unsecured | | $8,000.00 | $2,355.00 | $2,355.00 |
| 31<br>300<br>7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $4,403.88 | $4,403.88 |
| 32<br>300<br>7100 | Acar Leasing Ltd D/B/A Gm<br>Financial Leasing<br>Po Box 183853<br>Arlington Tx 76096 | Unsecured | | $0.00 | $12,507.17 | $12,507.17 |
| 33<br>300<br>7100 | Acar Leasing Ltd D/B/A Gm<br>Financial Leasing<br>Po Box 183853<br>Arlington Tx 76096 | Unsecured | | $0.00 | $6,027.20 | $6,027.20 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                 Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 34 300 7100 | Ifm Efector, Inc. P.O. Box 8538-307 Philadelphia, Pa 19171-0307 | Unsecured | | $4,997.91 | $4,800.81 | $4,800.81 |
| 35 300 7100 | Caljan Rite-Hite, Inc. C/O Engel, Hairston & Johanson, P.C. Attn: Alto Lee Teague, Iv P.O. Box 11405 Birmingham, Al 35202 | Unsecured | | $28,375.00 | $35,217.65 | $35,217.65 |
| 36 300 7100 | Bse Industrial Contractors, Inc. P.O. Box 5563 Birmingham, Al 35207 | Unsecured | | $171,775.85 | $230,479.73 | $230,479.73 |
| 37 300 7100 | Atlanta Electrical Distributors, Llc Attn: Cory Close 639 Whitlock Ave Marietta, Ga 30064 | Unsecured | | $0.00 | $32,304.91 | $32,304.91 |
| 38 300 7100 | Siemens Industry Inc Stephanie Mitchell-Seimens Corporation 800 North Point Pkwy Alpharetta Ga 30005 | Unsecured | | $56,817.00 | $28,058.88 | $28,058.88 |
| 39 300 7100 | Canon Financial Services, Inc. C/O Stark & Stark, P.C., Attn: Marshall Kizner 993 Lenox Drive Lawrenceville, Nj 08648 | Unsecured | | $33,771.31 | $64,920.04 | $64,920.04 |
| 40 300 7100 | Universal Truckload Inc Attn. Anne Katherine Macdougall 12755 East Nine Mile Rd Warren Mi 48089 | Unsecured | | $0.00 | $3,475.00 | $3,475.00 |
| 41 300 7100 | Ally Financial Po Box 130424 Roseville Mn 55113-0004 | Unsecured | | $0.00 | $5,339.18 | $5,339.18 |
| 42 300 7100 | Ally Bank Po Box 130424 Roseville Mn 55113-0004 | Unsecured | | $0.00 | $4,815.75 | $4,815.75 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7      Date: May 18, 2023

Debtor Name: Five Star Industrial Services, Inc.

Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 43<br>300<br>7100 | S & H Industrial Services, Inc.<br>P.O. Box 2946<br>Jonesboro, Ar 72402 | Unsecured | | $4,056.00 | $12,951.22 | $12,951.22 |
| 44<br>300<br>7100 | Xerox Corporation<br>Attn: V.O. Adams<br>Po Box 660506<br>Dallas, Tx 75266-9937 | Unsecured | | $824.00 | $1,690.08 | $1,690.08 |
| 45<br>300<br>7100 | Sk Services, Llc<br>P.O. Box 823461<br>Philadelphia, Pa 19182-3461 | Unsecured | | $81,288.48 | $116,749.31 | $116,749.31 |
| 46<br>300<br>7100 | Midwest Construction Services, Inc<br>C/O Trillim Construction<br>5555 Gull Rd, Ste 300<br>Kalamazoo, Mi 49048 | Unsecured | | $250,000.00 | $306,761.68 | $306,761.68 |
| 47<br>300<br>7100 | Williams Scotsman Inc<br>901 S. Bond Street<br>Ste 600 / Bankruptcy<br>Baltimore, Md 21231 | Unsecured | | $0.00 | $8,628.69 | $8,628.69 |
| 48<br>300<br>7100 | Speegle Construction, Inc.<br>210 Government Ave.<br>Niceville, Fl 32578 | Unsecured | | $0.00 | $235,106.38 | $235,106.38 |
| 49<br>280<br>5800 | Georgia Dept Of Labor<br>148 Andrew Young International<br>Blvd., Ne<br>Atlanta, Ga 30303 | Priority | | $4,394.35 | $6,357.43 | $6,357.43 |
| 50<br>400<br>4110 | Bluevine Capital Inc.<br>401 Warren Street<br>Redwood City, Ca 94063 | Secured | | $65,983.00 | $65,983.00 | $65,983.00 |
| 51<br>300<br>7100 | Industrial Communications<br>Services, Llc<br>C/O Joshua B. Sullivan<br>Knowles & Sullivan, Llc<br>400 Broad Street, 1St Floor<br>Gadsden, Al 35901 | Unsecured | | $2,366.05 | $7,936.22 | $7,936.22 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                           Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 52<br>300<br>7100 | Waste Management<br>2625 W. Grandview Rd. Suite 150<br>Phoenix Az 85023 | Unsecured | | $618.29 | $632.86 | $632.86 |
| 53<br>300<br>7100 | Fcci Insurance Company<br>6300 University Parkway<br>Sarasota, Fl 34240 | Unsecured | | $0.00 | $532,772.65 | $532,772.65 |
| 54<br>400<br>4110 | Sequel Electrical Supply, Llc<br>C/O C. Ellis Brazeal Iii<br>Jones Walker Llp<br>420 20Th Street N.<br>Suite 1100<br>Birmingham, Al 35203 | Secured | | $0.00 | $847,956.24 | $847,956.24 |
| 55<br>400<br>4220 | Taurus Cd 197 Se Industrial<br>Portfolio, Llc<br>C/O Wiles And Wiles, Llp<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Ga. 30060 | Secured | | $0.00 | $20,639.68 | $20,639.68 |
| 55A<br>300<br>7100 | Taurus Cd 197 Se Industrial<br>Portfolio, Llc<br>C/O Wiles And Wiles, Llp<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Ga. 30060 | Unsecured | | $28,790.72 | $33,525.88 | $33,525.88 |
| 56<br>300<br>7100 | Sunbelt Rentals, Inc.<br>1004 Hickory Hill Lane Unit 1<br>Hermitage Tn 37076 | Unsecured | | $197,130.46 | $197,300.46 | $197,300.46 |
| 57<br>300<br>7100 | Dunn Building Company Llc<br>Bradley Arant Boult Cummings<br>Llp<br>N. Christian Glenos<br>1819 5Th Avenue North<br>Birmingham, Al 35203 | Unsecured | | $0.00 | $437,666.60 | $437,666.60 |
| 58<br>300<br>7100 | Guntersville Sheet Metal, Inc., A<br>Corporation<br>C/O James C. Cameron<br>P.O. Box 940<br>Guntersville, Al 35976 | Unsecured | | $74,853.31 | $86,032.17 | $86,032.17 |
| 59<br>400<br>4110 | Servisfirst Bank<br>P.O. Box 1508<br>Birmingham, Al 35201 | Secured | | $4,936,146.43 | $3,872,734.46 | $3,872,734.46 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                                                    Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 60 300 7100 | Midwest Construction Services, Inc. Dba Trillium 5555 Gull Road Kalamazoo, Mi 49048 | Unsecured | | $0.00 | $286,758.81 | $286,758.81 |
| 61 300 7100 | Interstate Billing Services Inc Po Box 2250 Decatur Al 35609 | Unsecured | | $4,589.08 | $5,587.09 | $5,587.09 |
| 62 300 7100 | Lewco, Inc. Cloud & Willis, Llc 3928 Montclair Rd, Ste 227 Birmingham Al 35213 | Unsecured | | $0.00 | $16,637.94 | $16,637.94 |
| 64 300 7100 | Malta Dynamics, Llc C/O Cloud & Willis, Llc 3928 Montclair Rd, Suite 227 Birmingham, Al 35213 | Unsecured | | $0.00 | $35,975.00 | $35,975.00 |
| 65 230 5300 | Bruce W. Large 1005 Berkshire Drive Anniston, Al 36207 | Priority | | $0.00 | $30,612.00 | $30,612.00 |
| 65A 300 7100 | Bruce W. Large 1005 Berkshire Drive Anniston, Al 36207 | Unsecured | | $0.00 | $4,172.05 | $4,172.05 |
| 66 400 4110 | De Lage Landen Financial Services, Inc. 1111 Old Eagle School Rd Wayne, Pa 19087-1453 | Secured | | $0.00 | $21,173.64 | $21,173.64 |
| 66A 300 7100 | De Lage Landen Financial Services, Inc. 1111 Old Eagle School Rd Wayne, Pa 19087-1453 | Unsecured | | $0.00 | $24,805.00 | $24,805.00 |
| 67 300 7100 | Ced - Mobile P.O. Box 207088 Dallas, Tx 75320-7008 | Unsecured | | $25,000.00 | $90,011.93 | $90,011.93 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-40844-JJR7                                          Date: May 18, 2023
Debtor Name: Five Star Industrial Services, Inc.
Claims Bar Date: 9/18/2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 68 300 7100 | Atlanta Electrical Distributors, Llc Attn: Cory Close 639 Whitlock Ave Marietta, Ga 30064 | Unsecured | | $48,774.95 | $4,741.80 | $4,741.80 |
| 69 300 7100 | Ifm Efector, Inc. P.O. Box 8538-307 Philadelphia, Pa 19171-0307 | Unsecured | | $0.00 | $4,800.81 | $4,800.81 |
| 70 300 7100 | Tradesmen International, Llc Donald C. Miehls, Senior Counsel 9760 Shepard Road Macedonia, Oh 44056 | Unsecured | | $39,266.53 | $22,628.53 | $22,628.53 |
| | Case Totals | | | $6,844,198.75 | $9,035,218.83 | $9,035,218.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: May 18, 2023

USBA Form 101-7-TFR (5/1/2011) *(Page: 19)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-40844-JJR7
Case Name: Five Star Industrial Services, Inc.
Trustee Name: ROCCO J. LEO

Balance on hand $ 2,994.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ala Dept Of Revenue Legal Div | $ 23,335.29 | $ 23,335.29 | $ 0.00 | $ 0.00 |
| 50 | Bluevine Capital Inc. | $ 65,983.00 | $ 65,983.00 | $ 0.00 | $ 0.00 |
| 54 | Sequel Electrical Supply, Llc | $ 847,956.24 | $ 847,956.24 | $ 0.00 | $ 0.00 |
| 55 | Taurus Cd 197 Se Industrial Portfolio, Llc | $ 20,639.68 | $ 20,639.68 | $ 0.00 | $ 0.00 |
| 59 | Servisfirst Bank | $ 3,872,734.46 | $ 3,872,734.46 | $ 0.00 | $ 0.00 |
| 66 | De Lage Landen Financial Services, Inc. | $ 21,173.64 | $ 21,173.64 | $ 0.00 | $ 0.00 |
| 7 | On Deck Capital, Inc. | $ 161,216.46 | $ 161,216.46 | $ 0.00 | $ 0.00 |
| 8 | On Deck Capital, Inc. | $ 29,549.32 | $ 29,549.32 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 2,994.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Rocco J Leo | $ 1,384.77 | $ 0.00 | $ 1,384.77 |
| Attorney for Trustee Fees: MAX C POPE, JR | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Attorney for Trustee Expenses: MAX C POPE, JR | $ 237.80 | $ 237.80 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          1,384.77

Remaining Balance          $          1,609.78


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $433,448.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 65 | Bruce W. Large | $ 30,612.00 | $ 0.00 | $ 1,609.78 |
| 1 | Georgia Department Of Revenue | $ 15,348.12 | $ 0.00 | $ 0.00 |
| 3 | Ala Dept Of Revenue Legal Div | $ 30,857.83 | $ 0.00 | $ 0.00 |
| 5 | Internal Revenue Service | $ 350,273.60 | $ 0.00 | $ 0.00 |
| 49 | Georgia Dept Of Labor | $ 6,357.43 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          1,609.78

Remaining Balance          $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,559,181.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Georgia Department Of Revenue | $ 3,753.93 | $ 0.00 | $ 0.00 |
| 3a | Ala Dept Of Revenue Legal Div | $ 3,855.65 | $ 0.00 | $ 0.00 |
| 4 | Lvnv Funding, Llc | $ 18,592.72 | $ 0.00 | $ 0.00 |
| 5a | Internal Revenue Service | $ 51,250.71 | $ 0.00 | $ 0.00 |
| 6 | Energy Systems Southeast, Llc | $ 49,112.14 | $ 0.00 | $ 0.00 |
| 9 | Ford Motor Credit Company, Llc | $ 4,802.07 | $ 0.00 | $ 0.00 |
| 10 | Ford Motor Credit Company, Llc | $ 6,265.06 | $ 0.00 | $ 0.00 |
| 11 | Ford Motor Credit Company, Llc | $ 7,941.16 | $ 0.00 | $ 0.00 |
| 12 | Ford Motor Credit Company, Llc | $ 6,774.26 | $ 0.00 | $ 0.00 |
| 13 | Ford Motor Credit Company, Llc | $ 5,021.16 | $ 0.00 | $ 0.00 |
| 14 | Ford Motor Credit Company, Llc | $ 5,467.08 | $ 0.00 | $ 0.00 |
| 15 | Ford Motor Credit Company, Llc | $ 5,953.92 | $ 0.00 | $ 0.00 |
| 16 | Ford Motor Credit Company, Llc | $ 21,087.09 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Midsouth Mechanical & Fab | $ 2,100.00 | $ 0.00 | $ 0.00 |
| 18 | Ford Motor Credit Company, Llc | $ 8,611.83 | $ 0.00 | $ 0.00 |
| 19 | Ford Motor Credit Company, Llc | $ 23,276.02 | $ 0.00 | $ 0.00 |
| 20 | Ford Motor Credit Company, Llc | $ 22,468.35 | $ 0.00 | $ 0.00 |
| 21 | Ford Motor Credit Company, Llc | $ 1,935.46 | $ 0.00 | $ 0.00 |
| 22 | Alabama Power Company | $ 3,026.45 | $ 0.00 | $ 0.00 |
| 23 | Ford Motor Credit Company, Llc | $ 6,626.57 | $ 0.00 | $ 0.00 |
| 24 | Spiwak & Iezza, Llp | $ 174,048.39 | $ 0.00 | $ 0.00 |
| 25 | Outsource, Llc | $ 174,048.39 | $ 0.00 | $ 0.00 |
| 26 | Motion Industries Inc | $ 2,805.99 | $ 0.00 | $ 0.00 |
| 27 | Brand Safway Solutions | $ 5,399.18 | $ 0.00 | $ 0.00 |
| 28 | United Rentals, Inc. | $ 30,807.16 | $ 0.00 | $ 0.00 |
| 29 | United Rentals, Inc. | $ 5,572.66 | $ 0.00 | $ 0.00 |
| 30 | Georgia Pole Bases, Inc. | $ 2,355.00 | $ 0.00 | $ 0.00 |
| 31 | Ford Motor Credit Company, Llc | $ 4,403.88 | $ 0.00 | $ 0.00 |
| 32 | Acar Leasing Ltd D/B/A Gm Financial Leasing | $ 12,507.17 | $ 0.00 | $ 0.00 |
| 33 | Acar Leasing Ltd D/B/A Gm Financial Leasing | $ 6,027.20 | $ 0.00 | $ 0.00 |
| 34 | Ifm Efector, Inc. | $ 4,800.81 | $ 0.00 | $ 0.00 |
| 35 | Caljan Rite-Hite, Inc. | $ 35,217.65 | $ 0.00 | $ 0.00 |
| 36 | Bse Industrial Contractors, Inc. | $ 230,479.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | Atlanta Electrical Distributors, Llc | $ 32,304.91 | $ 0.00 | $ 0.00 |
| 38 | Siemens Industry Inc | $ 28,058.88 | $ 0.00 | $ 0.00 |
| 39 | Canon Financial Services, Inc. | $ 64,920.04 | $ 0.00 | $ 0.00 |
| 40 | Universal Truckload Inc | $ 3,475.00 | $ 0.00 | $ 0.00 |
| 41 | Ally Financial | $ 5,339.18 | $ 0.00 | $ 0.00 |
| 42 | Ally Bank | $ 4,815.75 | $ 0.00 | $ 0.00 |
| 43 | S & H Industrial Services, Inc. | $ 12,951.22 | $ 0.00 | $ 0.00 |
| 44 | Xerox Corporation | $ 1,690.08 | $ 0.00 | $ 0.00 |
| 45 | Sk Services, Llc | $ 116,749.31 | $ 0.00 | $ 0.00 |
| 46 | Midwest Construction Services, Inc | $ 306,761.68 | $ 0.00 | $ 0.00 |
| 47 | Williams Scotsman Inc | $ 8,628.69 | $ 0.00 | $ 0.00 |
| 48 | Speegle Construction, Inc. | $ 235,106.38 | $ 0.00 | $ 0.00 |
| 51 | Industrial Communications Services, Llc | $ 7,936.22 | $ 0.00 | $ 0.00 |
| 52 | Waste Management | $ 632.86 | $ 0.00 | $ 0.00 |
| 53 | Fcci Insurance Company | $ 532,772.65 | $ 0.00 | $ 0.00 |
| 55A | Taurus Cd 197 Se Industrial Portfolio, Llc | $ 33,525.88 | $ 0.00 | $ 0.00 |
| 56 | Sunbelt Rentals, Inc. | $ 197,300.46 | $ 0.00 | $ 0.00 |
| 57 | Dunn Building Company Llc | $ 437,666.60 | $ 0.00 | $ 0.00 |
| 58 | Guntersville Sheet Metal, Inc., A Corporation | $ 86,032.17 | $ 0.00 | $ 0.00 |
| 60 | Midwest Construction Services, Inc. Dba Trillium | $ 286,758.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 61 | Interstate Billing Services Inc | $ 5,587.09 | $ 0.00 | $ 0.00 |
| 62 | Lewco, Inc. | $ 16,637.94 | $ 0.00 | $ 0.00 |
| 64 | Malta Dynamics, Llc | $ 35,975.00 | $ 0.00 | $ 0.00 |
| 65A | Bruce W. Large | $ 4,172.05 | $ 0.00 | $ 0.00 |
| 66A | De Lage Landen Financial Services, Inc. | $ 24,805.00 | $ 0.00 | $ 0.00 |
| 67 | Ced - Mobile | $ 90,011.93 | $ 0.00 | $ 0.00 |
| 68 | Atlanta Electrical Distributors, Llc | $ 4,741.80 | $ 0.00 | $ 0.00 |
| 69 | Ifm Efector, Inc. | $ 4,800.81 | $ 0.00 | $ 0.00 |
| 70 | Tradesmen International, Llc | $ 22,628.53 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____0.00

Remaining Balance    $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE