**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| In re: } | |
| Five Star Industrial Services, Inc. } | |
| } | CASE NO. 19-40844- JJR |
| } | CHAPTER 7 |
| Tax ID / EIN: 87-0687985 } | |
| } | |
| DEBTOR(S) } | |

**ORDER ON APPLICATIONS FOR COMPENSATION AND PAYMENT**
**OR REIMBURSEMENT OF EXPENSES AND ON DISTRIBUTION OF FUNDS, ETC.**

After reasonable written notice mailed to the creditors and other parties in interest, and after a reasonable opportunity to be heard and upon an examination and due consideration of the applications for compensation and payment or reimbursement of expenses and of the accounts and reports referred to in said notice, and there being no objection, except as may be hereinafter noted, the bankruptcy judge finds as follows, to wit:

1. Reasonable compensation for the services of the officers of the Court and professional persons in this proceeding and the amounts which should be awarded to them, respectively, are:

Rocco J. Leo                $1,384.77
Trustee in Bankruptcy

2. Expenses paid out-of-pocket and unpaid expenses incurred in this proceeding, as stated below, are reasonable and legal charges against this estate and should be reimbursed or paid:
   a. Expenses to be reimbursed:

Rocco J. Leo                $0.00
Trustee in Bankruptcy

   b. Expenses to be paid:

**CLERK, U.S. BANKRUPTCY COURT**    $0.00

3. The trustee may have possession or control of various books, records, and documents (or some of these) pertaining to the property or the financial affairs of the debtor(s) and, if so, should permit the debtor(s) to pick up same within fourteen days of this order or, if not picked up by the debtor(s) should make such disposition of same as the trustee wishes;

4. The trustee should distribute the funds of this estate as permitted under Section 503 and in accordance with Section 726, Title 11, United States Code.

**THEREFORE**, and for good cause shown, it is **ORDERED** by the Court as follows, to wit:

   a. Compensation is awarded to the officers and professional persons in the amount or amounts, respectively, hereinabove set forth, and said expenses, if any, shall be reimbursed or paid from the funds of this estate, all in accordance with the foregoing findings by the bankruptcy judge;

   b. The trustee is authorized to make disposition, in accordance with the foregoing findings, of such as the trustee may have of books, records, and documents pertaining to the property or financial affairs of the debtor(s);

   c. The trustee of this estate is authorized and directed to distribute the funds of this estate, forthwith, in accordance with paragraph a. of this order and Section 726, Title 11, United States Code, and promptly file with the Court a final report and final account of how said trustee has made such distribution.

   d. A copy of the foregoing order shall be sent through the United States Mail to all parties.

Dated: June 12, 2023                /s/James J. Robinson
                    James J. Robinson
                    United States Bankruptcy Judge

/sog